SCPR-19-0000171

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

IN RE RICHARD J. KOWEN, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the petition to resign and surrender his license to practice law in the State of Hawai‘i filed by attorney Richard J. Kowen, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), and the affidavits submitted in support thereof, we conclude Petitioner Kowen has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Richard J. Kowen, attorney number 1677, from the roll of attorneys of the State of Hawai‘i, effective with the filing of this order.

DATED: Honolulu, Hawai‘i, April 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

